1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GARY ALLEN BORTIS,

11            Petitioner,              No. CIV S-11-3186 EFB P

12        vs.

13   G. SWARTHOUT,

14            Respondent.              <u>ORDER</u>

15   _____/

16        Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus.

17   *See* 28 U.S.C. § 2254.  Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C.

18   § 1915(a).  Dckt. No. 7.  Petitioner also requests this court stay these proceedings so he may

19   exhaust his claim of ineffective assistance of counsel.  Dckt. No. 2.

20   **I.    Application to Proceed *In Forma Pauperis***

21        Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford

22   the costs of suit.  Accordingly, the court will grant petitioner leave to proceed *in forma pauperis*.

23   **II.   Motion to Stay**

24        Petitioner seeks a stay of these proceedings, arguing that he needs to exhaust his claim of

25   ineffective assistance of counsel.  Dckt. No. 2.  The court will defer ruling on the motion for stay

26   to give respondent an opportunity to file an opposition or statement of no opposition.

**III.    Screening**

A judge "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. It is not apparent from the face of the application that the petitioner is not entitled to relief.

**IV.    Order**

Accordingly, it is hereby ordered that:

1. Petitioner's request for leave to proceed *in forma pauperis* is granted.

2. Respondent shall file and serve either an answer or a motion in response to petitioner's application and motion for stay within 60 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. Any response shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. *See* Rules 4, 5, Fed. R. Governing § 2254 Cases.

3. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

4. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion, and respondents' reply, if any, shall be filed within 14 days thereafter.

5. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's December 1, 2011 petition for a writ of habeas corpus with any and all attachments and petitioner's December 1, 2011 motion for stay on Michael Patrick Farrell, Senior Assistant

////
////
////
////

1  Attorney General for the State of California.  The Clerk of the Court also shall serve on the

2  Senior Assistant Attorney General the consent form used in this court.

3  Dated:  April 19, 2012.

4

5                                  EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26