UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ALLEN BORTIS,<br><br>  Petitioner,<br><br>  v.<br><br>G. SWARTHOUT,<br><br>  Respondent. | No.  2:11-cv-3186-KJM-EFB P<br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 13, 2013, petitioner requested an extension of time to file objections to the August 6, 2013 findings and recommendations.  *See* Fed. R. Civ. P. 6(b).

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 31) is granted and petitioner has 30 days from the date this order is served to file his objections.

Dated:  August 15, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE