UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ALLEN BORTIS, | No. 2:11-cv-3186-KJM-EFB P |
| Petitioner, | |
| v. | ORDER |
| G. SWARTHOUT, | |
| Respondent. | |

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 6, 2013, the undersigned issued findings and recommendations recommending that petitioner's application for a writ of habeas corpus be denied. On August 13, 2013, petitioner requested an extension of time to file objections to those findings and recommendations. That request was granted by order dated August 15, 2013, and petitioner was allowed thirty days in which to file his objections. On September 16, 2013, petitioner filed a document which this court construed as another request for an extension of time to file objections to the August 6, 2013 findings and recommendations. That request was granted, and petitioner filed objections on October 28, 2013.

      On November 1, 2013, petitioner filed a document entitled "request stay on final decision on Magistrate findings and recommendation to amend reply." Therein, petitioner explains that his October 28, 2013 objections are "incomplete" and that he is attempting to obtain additional

1

1 information to supplement those objections.  Petitioner also explains that he has been transferred
2 to another prison and does not yet have possession of his legal materials, and that he has not
3 received requested documents from his trial counsel.

4     Petitioner will be granted thirty days from the filed date of this order in which to file a
5 supplement to his October 28, 2013 objections.  No further extensions of time will be granted for
6 this purpose and no further pleadings will be allowed.

7     Accordingly, IT IS ORDERED that:

8     1.  Petitioner's November 1, 2013 request to file a supplement to his October 28, 2013
9 objections is granted; and

10     2.  Petitioner may file supplemental objections to the August 6, 2013 findings and
11 recommendations within thirty days from the filed date of this order.  No extensions of time will
12 be granted for this purpose and no further pleadings will be allowed.

13 DATED:  November 6, 2013.

           _____
           EDMUND F. BRENNAN
           UNITED STATES MAGISTRATE JUDGE